UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| 181 SALES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>KARCHER NORTH AMERICA, INC.,<br><br>    Defendant. | Case No.  15-cv-03191-JST<br><br>**SCHEDULING ORDER** |
|---|---|

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | November 3, 2015 |
| Expert disclosures | March 11, 2016 |
| Fact discovery cut-off | March 25, 2016 |
| Expert rebuttal disclosures | April 1, 2016 |
| Expert discovery cut-off | April 25, 2016 |
| Deadline to file dispositive motions | April 29, 2016 |
| Pretrial conference statement due | July 12, 2016 |
| Pretrial conference | July 22, 2016 at 2:00 p.m. |
| Trial | August 15, 2016 at 8:30 a.m. |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: October 29, 2015

_____
JON S. TIGAR
United States District Judge