UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 181 SALES, INC.<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KÄRCHER NORTH AMERICA, INC.; and DOES 1-20,<br><br>　　　　　Defendants. | Case No.  3:15-cv-03191<br><br>**STIPULATED ORDER POSTPONING DEADLINE TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION** |

　　　Plaintiff 181 Sales, Inc. and Defendant Kärcher North America, Inc. hereby stipulate and agree as follows:

　　　WHEREAS, on October 28, 2015, this Court held a Case Management Conference, setting all relevant dates for this matter;

　　　WHEREAS, on December 10, 2015, this Court referred this matter to mediation and assigned Nina Senn, ADR and Law Offices of Nina Senn, 6114 La Salle Ave., #174, Oakland, CA 94611, as the mediator;

　　　WHEREAS, pursuant to ADR L.R. 6-4(c), the deadline for the parties to complete mediation was February 10, 2016;

/ / /

1

**STIPULATED ORDER**　　　　　Case No: 3:15-cv-03191

WHEREAS, the schedules of the parties have prevented an in-person mediation before the February 10, 2016, deadline;

WHEREAS, the parties have scheduled an in-person mediation with Ms. Senn for March 4, 2016, in Oakland, CA; and

WHEREAS, the parties require a 30-day extension to complete mediation, and this is this first request for a modification of any schedule in this matter.

NOW, THEREFORE, Plaintiff and Defendant hereby agree and request the Court enter this Order postponing the deadline to complete mediation to **March 10, 2016.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 8, 2016



Hon. Jon S. Tigar

45674266v.1