1  C. Todd Norris, SBN 181337
   E-Mail: todd.norris@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   235 Pine Street, Suite 1500
3  San Francisco, California 94104-2752
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Attorneys for Plaintiff
   181 SALES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| 181 SALES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KÄRCHER NORTH AMERICA, INC.; and DOES 1-20, <br><br> Defendants. | Case No.: 3:15-CV-03191-JST <br><br> **STIPULATED ORDER EXTENDING TIME TO COMPLETE FACT DISCOVERY** |

THE COURT having considered the STIPULATION of the parties filed on March 9, 2016, and GOOD CAUSE APPEARING, it is hereby ORDERED that fact discovery in this case shall be extended to and including **May 27, 2016,** solely for purposes of taking fact witness depositions.

IT IS SO ORDERED.

DATED: March 9, 2016

APPROVED

Judge Jon S. Tigar

15928926.1

– 1 –