UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 181 SALES, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>KARCHER NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 15-cv-03191-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 45 |

Before the Court is Defendant's Motion in Limine Regarding Choice of Law. ECF No. 45. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for May 26, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: May 2, 2016

                _____
                    JON S. TIGAR
                  United States District Judge