C. Todd Norris, SBN 181337
E-Mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California  94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff
181 SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 181 SALES, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>KÄRCHER NORTH AMERICA, INC.; and DOES 1-20,<br><br>            Defendants. | Case No.: 3:15-CV-03191-JST<br><br>**STIPULATED ORDER EXTENDING TIME TO COMPLETE FACT DISCOVERY** |

THE COURT having considered the STIPULATION of the parties filed on May 4, 2016, and GOOD CAUSE APPEARING, it is hereby ORDERED   that fact discovery in this case shall be extended to and including **June 30, 2016,** solely for purposes of taking fact witness depositions.

IT IS SO ORDERED.

DATED:  May 12, 2016

By  _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

16004252.1

– 1 –