C. Todd Norris, SBN 181337
E-Mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California  94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff
181 SALES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| 181 SALES, INC., | Case No.: 3:15-CV-03191-JST |
| Plaintiff, | **STIPULATED ORDER CONTINUING DATE FOR PRETRIAL CONFERENCE** |
| vs. | |
| KÄRCHER NORTH AMERICA, INC.; and DOES 1-20, | |
| Defendants. | |

THE COURT having considered the STIPULATION of the parties filed on

May 31, 2016, and GOOD CAUSE APPEARING, it is hereby ORDERED that the Pretrial

Conference, currently scheduled for July 22, 2016, be continued to __July 29, 2016_____,

at _____2:00 p. m.

IT IS SO ORDERED.

DATED: ~~May_____, 2016~~  June 3, 2016

By _____

UNI_____D_____

Judge Jon S. Tigar

IT IS SO ORDERED

4843-9023-0578.1

– 1 –