C. Todd Norris, SBN 181337
E-Mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California  94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff
181 SALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 181 SALES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KÄRCHER NORTH AMERICA, INC.; and DOES 1-20, <br><br> Defendants. | Case No.: 3:15-CV-03191-JST <br><br> **STIPULATED ORDER CONTINUING DATE TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS PENDING DISMISSAL OF ENTIRE CASE** |

THE COURT having considered the NOTICE OF SETTLEMENT OF ENTIRE CASE AND STIPULATION TO ORDER CONTINUING DATE TO FILE MOTION FOR ATTORNEYS FEES AND COSTS of the parties filed on August 2, 2016, and GOOD CAUSE APPEARING, it is hereby ORDERED that, pending the anticipated filing of the parties' stipulated request for dismissal of the entire action, the time for plaintiff to file its motion for attorneys' fees and costs is hereby extended from **August 4, 2016 to September 1, 2016**.

IT IS SO ORDERED.

DATED:  August 2, 2016

_____
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

4842-8238-8789.1

– 1 –

STIPULATED ORDER CONTINUING DATE T FILE MOTION FOR ATTORNEYS' FEES AND COSTS